IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE FRANK,

                    Petitioner,

          vs.

A. W. LIZARRAGA, Warden, Mule Creek
State Prison,

                    Respondent.

No. 2:14-cv-01011-JKS

ORDER
[Re: Motion at Docket No. 28]

        This Court denied Kyle Douglas Frank, a state prisoner proceeding *pro se*, habeas relief

and a certificate of appealability on June 21, 2016.  Docket Nos. 24, 25.  Frank timely filed a

notice of appeal with this Court dated June 28, 2016.  Docket No. 26.  At Docket No. 28, Frank

filed a request for a certificate of appealability.  Because this Court has already denied Frank a

certificate of appealability, it appears that Frank inadvertently filed his motion with this Court

rather than the Court of Appeals.

        **IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer

Frank's Motion for a Certificate of Appealability at Docket No. 28 to the Ninth Circuit Court of

Appeals.

        Dated: August 9, 2016.

                                        /s/James K. Singleton, Jr.
                                        JAMES K. SINGLETON, JR.
                                        Senior United States District Judge